ROBERT CONNOR, an Infant, by THOMAS CONNOR, His Guardian ad Litem, and THOMAS CONNOR, Individually, Respondents, v. UNDERWRITERS TRUST COMPANY, Appellant.— Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Motion for reargument denied, with

ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.